# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

---

**1. Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Bradley Lynn Page and Doreen Page | Plaintiff | Garrick A. McFadden (023352)<br>GAMESQ,PLC<br>23330 N. 75th Ave., Suite 211,<br>Phoenix, AZ 85035<br>623-233-4416<br><br>Benjamin Taylor (023686) TAYLOR & GOMEZ LAW<br>2600 N. 44th St., B-101<br>Phoenix, AZ 85008 |
| Pinal County, Pinal County Sheriff Ross Teeple and Corinne Teeple, Deputy Sanders and Jane Doe Sanders, Sergeant S. Burgess and Jane Doe Burgess | Defendants | Unknown |
| State of Arizona, Arizona Department of Public Safety, DPS Trooper J. Harries and Jane Doe Harries, DPS Trooper A. Wheeler and Jane Doe Wheeler, DPS Trooper H. Ramirez Jr. and Jane Doe Ramirez, Trooper M. Rosario and Jane Doe Rosario | Defendants | Matthew J. Kelly (020526)<br>Byron J. Babione (024230)<br>Arizona Attorney General's Office<br>2005 N. Central Avenue Phoenix, AZ 85004<br>(602) 542-7690 (BB)<br>(602) 542-8057 (MK) |

**2. Jury Demand:**

Was a Jury Demand made in another jurisdiction? Yes (●) No (○)

If "Yes," by which party and on what date?

Plaintiff ______________________ 04/20/2026

**3. Answer:**

Was an Answer made in another jurisdiction? Yes (○) No (●)

If "Yes," by which party and on what date?

______________________ ________

**4. Served Parties:**
The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| State of Arizona | 4/24/26 | Process Server |
| Department of Public Safety | 4/24/26 | Process Server |
| DPS Trooper J. Harries<br>DPS Trooper A. Wheeler | 4/28/26<br>4/27/26 | Waiver<br>Waiver |

**5. Unserved Parties:**
The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| Pinal County, Pinal County Sheriff Ross Teeple and Corinne Teeple, Deputy Sanders and Jane Doe Sanders, Sergeant S. Burgess and Jane Doe Burgess | Unknown |
| Jane Doe Harries, DPS Trooper H. Ramirez, Jr., Jane Doe Ramirez, Trooper M. Rosario, Jane Doe Rosario | Unknown |
| | |

**6. Nonsuited, Dismissed or Terminated Parties:**
Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| | |
| | |
| | |

**7. Claims of the Parties:**
The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Trooper Harries, Wheeler, Rosario and Ramirez; Deputy Sanders; and Sergeant S. Burgess | Pursuant to 42 U.S.C. § 1983, Plaintiff Bradley Page alleges that Defendants violated his rights under the Fourth and Fourteenth Amendments, and state-law claims |
| State of Arizona, Arizona Department of Public Safety | Plaintiffs alleges state-law claims against these. |
| Pinal County, Sheriff Ross Teeple | Pursuant to 42 U.S.C. § 1983, Plaintiff Bradely Page alleges that these Defendants have Monell liability and state-law claims. |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**